**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GEORGE and CUC WEST,
individuals,                                                  Case No.: 8:19-cv-00695-VMC-CPT

            Plaintiffs,

v.

NAVY FEDERAL CREDIT UNION,
a national credit union,

            Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

        **COME NOW**, Plaintiffs, GEORGE AND CUC WEST (hereinafter, "Plaintiffs"), by and

through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and

hereby submit this *Notice of Pending Settlement* and state:

        1.      Plaintiffs and Defendant, NAVY FEDERAL CREDIT UNION (hereinafter,

"Defendant"), reached a confidential settlement regarding all claims in this case, and the parties

are presently drafting, finalizing, and executing a written settlement agreement and release of

liability.

        2.      Upon execution of a mutually-agreeable settlement agreement and release—and

compliance with its terms—undersigned counsel will execute and file a Joint Stipulation for

Dismissal with Prejudice.

        3.      To the extent this Court treats the foregoing as a Motion, pursuant to Middle District

of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendant's counsel,

and Defendant agrees to the relief sought herein.

        Submitted this 13th day of June 2019.

1

Respectfully submitted,

**LEAVENLAW**

/s/ *Sean E. McEleney*
**Ian R. Leavengood, Esq., FBN 010167**
**Sean E. McEleney, Esq., FBN 125561**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
smceleney@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed a copy of the foregoing *Notice of Pending*

*Settlement* with the Clerk of the Court via the CM/ECF system, and a copy of the same has been

furnished electronically this 13th day of June 2019 to the following counsel of record:

Jacqueline Simms-Petredis, Esq.
Burr & Forman LLP
201 North Franklin Street, Suite 3200
Tampa, FL 33602
jsimms-petredis@burr.com
*Attorney for Defendant*

/s/ *Sean E. McEleney*
Attorney

2