UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE and CUC WEST,
individuals,

      Plaintiffs,

v.

NAVY FEDERAL CREDIT UNION,
a national credit union,

      Defendant.
_____/

Case No.: 8:19-cv-00695-VMC-CPT

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT, NAVY FEDERAL CREDIT UNION

**COME NOW**, Plaintiffs, GEORGE WEST and CUC WEST, and Defendant, NAVY FEDERAL CREDIT UNION, by and through their respective undersigned counsel pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Middle District of Florida, Local Rule 3.08, and hereby jointly stipulate and move the Court to dismiss all claims asserted in this action as to Defendants, with prejudice.  By agreement, each party shall bear its own costs and attorneys' fees.

Dated:  August 19, 2019

| L<small>EAVEN</small>L<small>AW</small> | B<small>URR</small> & F<small>ORMAN</small> LLP |
|---|---|
| /s/ *Sean E. McEleney* | /s/ *Jacqueline Simms-Petredis* |
| **Ian Richard Leavengood, Esq., 010167** | **Jacqueline Simms-Petredis, Esq., FBN 906751** |
| **Sean E. McEleney, Esq., FBN 125561** | 201 North Franklin Street, Suite 3200 |
| 3900 First Street North, Suite 100 | Tampa, FL 33602 |
| St. Petersburg, FL 33703-6109 | Phone: (813) 221-2626 |
| Phone: (727) 327-3328 | Fax: (813) 357-3534 |
| Fax: (727) 327-3305 | jsimms-petredis@burr.com |
| consumerservice@leavenlaw.com | *Attorneys for Defendant* |
| smceleney@leavenlaw.com | |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2019, I electronically filed a copy of the foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant, Navy Federal Credit Union* via CM/ECF which will serve a copy to the following counsel of record:

Jacqueline Simms-Petredis, Esq.
Burr & Forman LLP
201 North Franklin Street, Suite 3200
Tampa, FL 33602
jsimms-petredis@burr.com
*Attorneys for Defendant*

                                        /s/ *Sean E. McEleney*
                                        Attorney